UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH M. CASSELLS, | No. C 15-2907 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| SECRETARY OF CAL. DEPT. OF CORRECTIONS & REHABILITATION; et al., | |
| Defendants. | |

This action was opened when the court received from Keith Cassells, an inmate at the California Medical Facility in Vacaville, a "Motion For Enforcement of Consent Decree Based On Contempt Of Consent Decree; Requesting Declaratory and Injunctive Relief; Compensatory And Punitive Damages - Sanctions Based On Violations Of Consent Decree and Court Orders." Docket # 1 at 1. Cassells put two case captions on the first page of the document: a new case (without any case number) of *Cassells v. Secretary of CDCR*, and the existing case of *Plata v. Brown*, Case No. 01-cv-1351 TEH. In an effort to protect his rights, the motion was filed and a new case was opened as Case No. 15-cv-2907 SI.

In his filing, Cassells alleges that he has a right to be referred to the BPH for early release consideration but defendants at CMF-Vacaville have not referred him for such consideration. He alleges that defendants have violated his civil rights, *see* Docket # 1 at 8, 15, 20, and have violated a consent decree and/or orders in the *Plata* case. All of the alleged misconduct occurred at CMF-Vacaville. Giving the *pro se* filing the liberal construction to which it is entitled, the

document appears to be both a motion for inclusion in the *Plata* case and a new civil rights complaint. The former must be dismissed and the latter must be transferred to the proper venue for consideration of whether it can proceed.

The court construes the document to, in part, seek enforcement of a consent decree or orders in *Plata v. Brown*, 01-cv-1351 TEH. Judge Henderson has determined that individual inmates may not file *pro se* motions in the *Plata* case: "As members of the Plaintiff class, [individual] inmates are represented parties and may file motions only through their counsel of record. Accordingly, . . . the Clerk shall not file in this action any further documents submitted by *pro se* inmates." *Plata v. Brown*, No. 01-1351, Order filed February 7, 2011 (Docket # 2348). Due to the disallowance of *pro se* motions in *Plata*, plaintiff's motion to enforce the consent decree is DISMISSED. (Docket # 1.)

The court also liberally construes the document to be, in part, a civil rights complaint because Cassells alleges that his due process rights have been violated. *See* Docket # 1 at 15, 20. The events and omissions giving rise to the complaint occurred at CMF-Vacaville. Vacaville is in Solano County, within the venue of the Eastern District of California. Some or all of the defendants apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint appears to have occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: July 2, 2015

_____
SUSAN ILLSTON
United States District Judges